█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS CIEHALA, Appellant.—

618

Latham, Acting P. J., Shapiro, Brennan and Benjamin, JJ., concur.